893 F.2d 1123w
 133 L.R.R.M. (BNA) 2439, 114 Lab.Cas. P 11,809
 John L. DEAN, Plaintiff-Appellant,
v.
TRANS WORLD AIRLINES, INC., and Air Line Pilots Association,
International, Defendants-Appellees.
John L. DEAN, Plaintiff-Appellee,
v.
TRANS WORLD AIRLINES, INC., and Air Line Pilots Association,
International, Defendants-Appellants.
 Nos. 85-4384, 85-4399 and 85-4432.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted Oct. 8, 1987.
Decided Jan. 12, 1990.
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE 924 F.2d 805.